UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 1:25-cr-00425-MTK |
| v. | **INFORMATION** |
| **ANDREW JAMES CLARK,** | 18 U.S.C. § 2250(a) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Failure to Register as a Sex offender)**
**(18 U.S.C. § 2250(a)**

From a date after January 29, 2025, and continuing to on or about July 8, 2025, in Jackson County, in the District of Oregon, defendant **ANDREW JAMES CLARK**, a person who is required to register under the Sex Offender Registration and Notification Act as a result of a conviction for Attempt to Commit a Class A felony–Rape in the First Degree in the Circuit Court for the State of Oregon, County of Josephine, Case No. 16CR77319, and who thereafter traveled in interstate commerce from the state of New Mexico, knowingly failed to register or update a registration as required by the Sex Offender Registration and Notification Act,

\ \ \

**Information**                                                                                                                          **Page 1**

All in violation of Title 18, United States Code, Section 2250(a)

Dated: October 6, 2025

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*John C. Brassell*
_____
JOHN C. BRASSELL, WASB #51639
Assistant United States Attorney